(PC) Johnson v. Vord, et al. Doc. 5

Case 1:07-cv-00574-AWI-SMS    Document 5    Filed 04/16/2007    Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:07-cv-00574-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANT SULLIVAN'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT |
| v. | |
| THOMAS VORD, et al., | |
| Defendants. | (Doc. 2) |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action. Defendant Sullivan ("defendant") removed the action from Kern County Superior Court to this court on April 13, 2007. In conjunction with his notice of removal, defendant moves for a thirty-day extension of time to respond to the complaint, commencing once the complaint has been screened by the court pursuant to 28 U.S.C. § 1915A.

Good cause having been found, it is HEREBY ORDERED that:

1. Defendant's request for an extension of time to respond to the complaint is GRANTED; and

///
///
///
///
///

1

2.  Defendant is relieved of his obligation to respond to the complaint until directed to do so by the court, at which time defendant will be provided with thirty days to respond.[1]

IT IS SO ORDERED.

Dated:   April 16, 2007                        /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The court has a large number of cases pending before it and will screen the complaint in due course.