# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS VORD, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00574-AWI-SMS PC<br><br>ORDER GRANTING MOTIONS FOR APPOINTMENT OF THE UNITED STATES MARSHAL TO SERVE THE AMENDED COMPLAINT<br><br>(Docs. 13 and 18)<br><br>ORDER DISREGARDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 17) |

     Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action.  This action was removed to this court on April 13, 2007, by defendant Sullivan, and pursuant to the Court's order of February 27, 2008, this action shall proceed against defendants Sullivan and Dovey under section 1983 for violation of the Eighth Amendment arising from plaintiff's exposure to acidic water; defendants Vo, Hall, and Tate under section 1983 for failure to provide medical treatment for plaintiff's rash; and defendants Vo, Hall, and Tate under California law for negligence arising out of the failure to provide medical treatment for plaintiff's rash.  (Doc. 19.) On September 17, 2007, and January 28, 2008, plaintiff filed motions seeking the appointment of the United States Marshal to serve defendants Dovey, Vo, Hall, and Tate. Fed. R. Civ. P. 4(c)(2). (Docs. 13, 18.) On January 28, 2008, in support of his motion for service by the Marshal, plaintiff filed an application seeking leave to proceed in forma pauperis.  (Doc. 17.)

1     The Court shall grant plaintiff's motion for service by the Marshal, pursuant to Federal Rule of Civil Procedure 4(c)(2). Plaintiff's application for leave to proceed in forma pauperis is unnecessary given the Court's authority under Rule 4 to appoint the Marshal and it shall be disregarded on that ground.

    Accordingly, pursuant to Federal Rule of Civil Procedure 4(c)(2), plaintiff's motions for service by the Marshal are HEREBY GRANTED, and plaintiff's application for leave to proceed in forma pauperis is HEREBY DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:    February 29, 2008**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE