# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:07-cv-00574-AWI-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| THOMAS VORD, et al., | |
| Defendants. | (Docs. 9 and 19) |

Plaintiff Garrison S. Johnson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action, which was removed to this court on April 13, 2007, by defendant Sullivan.  Pursuant to 28 U.S.C. § 1915A and the Court's order of February 27, 2008, this action shall proceed against defendants Sullivan and Dovey under section 1983 for violation of the Eighth Amendment arising from plaintiff's exposure to acidic water; defendants Vo, Hall, and Tate under section 1983 for failure to provide medical treatment for plaintiff's rash; and defendants Vo, Hall, and Tate under California law for negligence arising out of the failure to provide medical treatment for plaintiff's rash.  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        JOHN DOVEY

        VO

       R. HALL

       H. TATE

2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 1, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Five (5) copies of the endorsed complaint filed June 1, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   February 29, 2008**      /s/ Sandra M. Snyder
               UNITED STATES MAGISTRATE JUDGE