IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GARRISON S. JOHNSON,**

                    Plaintiff,

    v.

**SULLIVAN, et al.,**

                    Defendants.

1:07-CV-00574 AWI-SMS PC

**ORDER GRANTING EXTENSION OF TIME FOR FILING DEFENDANT'S RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**

Defendant Sullivan moved this Court ex parte, under Local Rule 6-144(c), for a thirty-day extension to file his responsive pleading to the First Amended Complaint. Good cause appearing,

IT IS ORDERED that Defendant's application is granted. Defendant shall file his responsive pleading by April 30, 2008.

IT IS SO ORDERED.

**Dated:   March 31, 2008**               /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE