IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARRISON S. JOHNSON,**<br><br>                                        Plaintiff,<br><br>             v.<br><br>**SULLIVAN, et al.,**<br><br>                                        Defendants. | 1:07-cv-00574-AWI-SMS (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR FILING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** (Doc. 43) |

Defendants moved this Court ex parte, under Local Rule 6-144(c), for a sixty-day extension to file their opposition to Plaintiff's Motion for Summary Adjudication of His First, Second, Third, and Fourth Claims for Relief, filed on June 13, 2008 (CR 41). Good cause appearing,

IT IS ORDERED that Defendants' application is granted. Defendants shall file their opposition on or before September 1, 2008.

IT IS SO ORDERED.

**Dated:   July 16, 2008**              /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

Order Granting Extension of Time for Filing of Defendants' Opposition to Plaintiff's Motion for Summary Adjudication