1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  GARRISON S. JOHNSON,                              CASE NO. 1:07-cv-00574-AWI-SMS PC

10                      Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS, AND GRANTING
11          v.                                       DEFENDANTS SULLIVAN'S AND DOVEY'S
                                                     MOTIONS TO DISMISS
12  THOMAS VORD, et al.,
                                                     (Docs. 29, 32, and 34)
13                      Defendants.
                                                     ORDER DISMISSING CLAIMS AGAINST
14                                                   DEFENDANTS SULLIVAN AND DOVEY,
                                                     WITHOUT PREJUDICE, FOR FAILURE TO
15                                                   EXHAUST, AND DIRECTING CLERK'S
                                                     OFFICE TO TERMINATE THEM AS
16                                                   PARTIES

17  _____/

18          Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil

19  rights action.  Defendant Sullivan removed this action from Kern County Superior Court on April

20  13, 2007.  Following screening of Plaintiff's original and first amended complaints, this action is

21  proceeding against Defendants Sullivan and Dovey under section 1983 for violation of the Eighth

22  Amendment arising from Plaintiff's exposure to acid rain water; Defendants Vo, Hall, and Tate

23  under section 1983 for failure to provide medical treatment for Plaintiff's rash; and Defendants Vo,

24  Hall, and Tate under California law for negligence arising out of the failure to provide medical

25  treatment for Plaintiff's rash. 28 U.S.C. § 1915A. Plaintiff's motion for service by the United States

26  Marshal was granted, Fed. R. Civ. P. 4(c)(2), and Defendants Dovey, Vo, Hall, and Tate waived

27  service and made an appearance in this action.

28  ///

1

1    On April 30, 2008, Defendant Sullivan filed a motion to dismiss the claim against him for

2  failure to exhaust the available administrative remedies.  42 U.S.C. § 1997e(a).  (Doc. 29.)  This

3  matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

4  Local Rule 72-302, and on May 23, 2008, the Magistrate Judge issued a Findings and

5  Recommendations recommending Defendant Sullivan's motion to dismiss be granted.  (Doc. 32.)

6  Plaintiff filed an Objection on June 6, 2008.  (Doc. 39.)

7    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

8  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

9  and Recommendations to be supported by the record and by proper analysis.  Plaintiff did not satisfy

10  the exhaustion requirement for his claim that Defendant Sullivan violated the Eighth Amendment

11  by exposing him to unsafe water.  Accordingly, Defendant's motion to dismiss shall be granted.

12    On June 3, 2008, Defendant Dovey filed a motion to dismiss for failure to exhaust the claim

13  against him.  (Doc. 34.)  Plaintiff filed an opposition on June 23, 2008, and the motion has been

14  deemed submitted.  (Doc. 42.)  Local Rule 78-230(m).  The grounds for Defendant Dovey's motion

15  to dismiss are the same as those raised by Defendant Sullivan, and in opposing the motion, Plaintiff

16  refers the Court to his opposition to Defendant Sullivan's motion.  Having reviewed both motions

17  and oppositions, and the Magistrate Judge's Findings and Recommendations, the Court grants

18  Defendant Dovey's motion to dismiss on the same grounds as set forth in the Findings and

19  Recommendations addressing Defendant Sullivan's motion.

20    Accordingly, it is HEREBY ORDERED that:

21    1.    The Findings and Recommendations, filed May 23, 2008, is adopted in full;

22    2.    Defendant Sullivan's motion to dismiss the claim against him for failure to exhaust,

23          filed April 30, 2008, is GRANTED;

24    3.    Defendant Dovey's motion to dismiss the claim against him for failure to exhaust,

25          filed June 3, 2008, is GRANTED; and

26  ///

27  ///

28  ///

1      4.      The claims against Defendants Sullivan and Dovey are dismissed from this action,

2                 without prejudice, for failure to exhaust, and the Clerk's Office shall terminate

3                 Defendants Sullivan and Dovey as parties to this action.

5    IT IS SO ORDERED.

6    **Dated:    July 25, 2008**                 **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE