IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Garrison S. Johnson, | ) | No. cv-07-574-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Thomas Vord, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's Motion to Refer this Case for Mediation with a Magistrate Judge (Doc. 77).

**IT IS ORDERED** Plaintiff's Motion is **DENIED**.

DATED this 8th day of May, 2009.

_____
Roslyn O. Silver
United States District Judge